IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN CHRISTOPHER SHIPMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 1:18-CV-468-WKW [WO] |
| DALE COUNTY JAIL, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On May 10, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 5) is ADOPTED. Accordingly, it is ORDERED that all claims against Defendant Dale County Jail are DISMISSED with prejudice, that Defendant Dale County Jail is dismissed as a defendant in this action, and that this action is referred back to the Magistrate Judge for additional proceedings.

DONE this 20th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE