IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN CHRISTOPHER SHIPMAN, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:18-CV-468-WKW ) [WO] |
| WALLY OLSON, RON NELSON, and DALE COUNTY COMMISSION, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On July 11, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, this action is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and to prosecute this action.

A final judgment will be entered separately.

DONE this 9th day of August, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE